United States District Court
For The
Southern District of Illinois

Adrian Thomas
Plaintiff

-vs-

CASE NO. 22-1105-NJR

SCANNED at MENARD and E-mailed
7-28-22 by SS 20 pages
Date    initials    No.

Anthony Wills, (Warden), Frank Lawrence (Warden)
Kevin Reichert, (Asst Warden of Operation)
Rob Jeffrey, (Director), John Doe #1 (Tact Team Officer)
John Doe #2 (Tactical Team Commander), John Doe #3
(Tact Team Officer), John Doe #4 (Tact Team Officer)
John Doe #5 (Tact Team Officer), Jane Doe #1 (Nurse)
sued in their Individual And Official Capacity

## First Amended Complaint

1. Plaintiff is a part of Injunctive Relief in Another Class Action Lawsuit, called Ross v. Gossett for Inhumane Conditions, Excessive Force for deliberately denying Individuals In Custody being held At Menard And (3) other I.D.O.C Prisons Access to the Bathrooms, Forcing Individuals In Custody to Stand Nutts to Butts. This Class Action status Applies to Plaintiff because As An Individual In Custody being Housed At Menard, Defendants, Wills, Lawrence, Reichert, Jeffrey Are the Policy Makers For I.D.O.C. And Menard.

2. The tact team shake down was Called by Wills, Lawrence, Reichert, And Jeffrey knowing that the tact team had been Shown to have violated the Constitutional Rights of Individuals In Custody such As Plaintiff had Are being held In there Custody And They Have A Carcereal Burden/Duty to make Sure that while In there Custody Plaintiff And others Similiar Situated Individual In Custody Are being Provided with the Basic Necessities of life which Includes....

(1)

3. ACCESS to MEDICAL CARE, TOILET FACILITIES to DISPOSE OF THEIR HUMAN WASTE AND NOT BE SUBJECTED to UNNECESSARY CRUEL AND UNUSUAL PUNISHMENT, WHICH PLAINTIFF WERE WHEN the tact team DELIBERATELY denied PLAINTIFF ACCESS to A WASHROOM to dispose OF MY HUMAN WASTE (DEFENDANTS JOHN DOES # 1-thru-5 AND WARDENS) WHO I SPOKE to AND ASKED IF I Could USE the bathroom So that I Could USE the toilet.

4. PLAINTIFF NOTIFIED these DEFENDANTS WHO do not HAVE NO NAME TAGS ON TO HELP THESE OFFICERS CONCEAL THEIR Identity AND CREATE A PROBLEM FOR ANY Individual IN Custody NEEDING to KNOW THE NAME OF AN OFFICER.

5. WILLS, LAWRENCE, REICHERT AND JEFFREY DEFENDANTS bY WAY OF THE Class Action LAWSUIT WERE Put ON Notice About THE OFFICERS IN the tact teAMS USE OF EXCESSIVE FORCE ON Individual IN Custody Such As PLAINTIFF AND USED tactics That WERE deemed to be Inhumane bY DENYING Access TO MEDICAL CARE AND Bathroom ACCESS ONCE THEY WERE Put ON NOTICE. About THESE Inhumane Conditions that denied PLAINTIFF AND ANY Other Individual IN Custody BEING held IN MENARD THEIR Constitutional Rights.

6. These defendants WILLS, LAWRENCE, REICHERT AND JEFFREY As PolICY MAKERS And Those BEING IN CHARGE OF MAKING Rules, ORDERING INVESTIGATIONS, CHANGING THE UNWRITTEN PolICY OF turNING A blind EYE to the Complaints that the Tact teAM IS ABUSING THEIR AUthoRITY AND USING EXCESSIVE FORCE ON Individuals IN Custody And SubJecting Them to DEhumANIZING LIVING CONDITIONS IN DIRECT VIOlATION OF PLAINTIFF'S 8th Amendment.

7. These defendants/PolICY MAKERS Who have been ON NOTICE About The tact teAMS Actions SINCE Atleast 2014 OR 2015 And THEY havent CHANGED ANYthING that Stops And OR DETERS This tactical Unit thats TRAINED to be lIKE AN ARMY And TAKE Control OF Hostage And StandOFF SITuAtIONS As well As Other SAFETY And SECURITY threats From CONTINUING To USE EXCESSIVE FORCE And dENYING INDIVIDUALS IN Custody Access to MEDICAL CARE And TOILET FACILITIES to DISPOSE OF his HUMAN WASTE IN DIRECT VIOlAtION OF HIS 8th Amendment Constitutional Rights.

(2)

to hold that the officers under their direct supervision were subjecting the individuals in custody such as Plaintiff to inhumane conditions and treatment and these defendants Wills, Lawrence, Keichert and Jeffreys who are the authority and policy makers at Menard and I.D.O.C allowed this environment to exist by turning a blind eye to the complaint and the lawsuits that have been lodged and filed about the action of the statewide I.D.O.C and Menard tact teams.

9. The actions of these defendants have created an environment of lawlessness where these defendants have let these officers and tact team members deliberately harm and hurt individuals in custody and violate their 8th Amendment Constitutional rights.

10. Plaintiff soiled himself as a result of an unwritten but commonly used policy by the tact team to handcuff individuals in custody for hours and deliberately deny individuals in custody access to the toilet and disregard any and all medical conditions which is what is mentioned in the class action lawsuit that lists these actions as constitutional rights violations (Ross v. Crossett) and that these practices were supposed to have been stopped but they are still being used by the tact team and these defendants have allowed these issues to exist by turning a blind eye to these actions.

11. On or about August 17, 2021 approximately around 9:20 am Tactical team along with the wardens entered West cell house for a major shake down. Before tactical team entered westhouse the plumming was cut off around 4:00 am that morning. All individuals in custody was cuffed behind their backs

12. At around 9:30 am John doe #1 tact team officer came to cell #1016, I then ask John doe #1 if I could use the washroom. John doe #1 stated per wardens they were not allowed to let anyone before or after being cuffed to use the washroom. I explained to John doe #1 that I was on meds that made me have to go to the bathroom frequently. He still refused to let me go to the washroom.

(3)

13. At This Point I was escorted down the Gallery by John Doe #1 pass the wardens. I begin yelling to speak to the wardens, yelling in front of the wardens that I was on medication for my prostate and bowel movements saying that John Doe #1 stated per wardens individuals in custody are not allowed to use the washroom. I was told to keep my head down and eyes down and to keep it moving.

14. As I existed westhouse, I lifted my head up a little bit and I saw the John Doe #2 Tactical Team Commander, And I tried to explain to him that I have medical problem and I needed to go to the washroom. He in return said, I dont wanna hear nothing about no medical conditions, if I was so worried about my health I should not have come to Jail, Now move the fucking line and keep your mother fucking head down, and that Im grateful Im not getting my ass beat for raising my head up and yelling at the wardens.

15. After entering the chapel and being sitted for about five minutes I requested to John Doe #3 tact team officer to use the washroom in the chapel which has two available washrooms. Plaintiff explained to John Doe #3 that he was on medication for his prostate and bowel movement. Those medications where Flomax, which makes Plaintiff have to urinate frequently, The medication for Plaintiff stomach were Docusate Sod 100 mg, Clarithromycin 500 mg, Omeprazole 200 mg and milk of Magnesia which also had Plaintiff to frequently use the washroom. That John Doe #3 refused to let Plaintiff go to the washroom.

16. The Plaintiff waited a few minutes later and ask John Doe #4 Tact team officer to use the washroom and explained to him that I was on medication, and that I needed to go to the washroom right now. John Doe #4 refused to allow Plaintiff to use the washroom. John Doe #4, Then told Plaintiff if he ask to use the washroom again, I would be punished by being made to stand up and face the wall.

(4)

17. PLAINTIFF THEN SAW JANE DOE #1 NURSE ENTER THE RANGE AND I BEGIN YELLING, LETTING HER KNOW THAT I WAS BEING DENIED TO USE THE WASHROOM AND THAT I HAVE A MEDICAL CONDITION AND COULD SHE CALL TO VERIFY THE CONDITION. SO THAT I COULD USE THE WASHROOM. SHE JANE DOE #1 SAID SHE DONT HAVE A MEDICAL CONDITION AND SHE DONT HAVE TO USE THE WASHROOM. AND IF I DID NOT COME TO JAIL I WOULD NOT HAVE TO ASK TO USE THE WASHROOM.

18. PLAINTIFF THEN BEGIN BEGGING AND PLEADING TO USE THE WASHROOM. WITH JOHN DOE #5 TACT TEAM OFFICER MADE PLAINTIFF STAND UP AND FACE THE WALL. AT THIS TIME TWO INDIVIDUALS IN CUSTODY STARTED TALKING TO JOHN DOE #5 MR. TERRELL DAVISON R70904 WAS PUNISHED FOR STATING THAT ALL MR. THOMAS WANTED TO DO IS USE THE WASHROOM HE WAS ESCORTED TO SEGREGATION. (SEE HIS TICKET AND DECLARATION ATTACHED AS EXHIBITS). THE OTHER INDIVIDUAL IN CUSTODY WAS MADE TO STAND UP AND FACE THE WALL WHO IS KNOWN AS MR. BOBBY SINGLETON #R65424. (SEE HIS DECLARATION ATTACHED).

19. A FEW MINUTES PASSED WHILE PLAINTIFF WAS FACING THE WALL AND ONCE AGAIN PLAINTIFF BEGIN TO PLEAD WITH ANY TACT TEAM OFFICER TO USE THE WASHROOM AND THAT HE COULD NOT HOLD IT ANY LONGER. PLAINTIFF BEGIN TO URINATE AND DEFECATE ON HIMSELF. JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4 AND JOHN DOE #5 APPROACHED PLAINTIFF AND SAID YOU REALLY HAD TO USE THE WASHROOM AND BEGIN LAUGHING AND CALLING PLAINTIFF SHITTY AND PISSY BOY. PLAINTIFF WAS ALLOWED TO SIT BACKDOWN. PLAINTIFF HAD TO SIT IN HIS BOWEL AND FLUIDS FOR HOURS.

20. AFTER SEVERAL HOURS OF SITTING AND SMELLING OF URINE AND FECES. PLAINTIFF ALONG WITH THE OTHER INDIVIDUALS IN CUSTODY WAS ESCORTED BACK TO THE CELL HOUSE. AS PLAINTIFF WALKED PASSED TACT TEAM OFFICERS THEY WERE LAUGHING AND HOLDING THEIR NOSES. PLAINTIFF PROSTATE AND STOMACH HAS BECOME WORSE.

21. AFTER ENTERING THE CELLHOUSE MR. THOMAS HAD TO WAIT TO CLEAN HIMSELF AND CLOTHES. BECAUSE THE PLUMBING WAS OFF.

(5)

MENARD C.C. to TRY AND SOLVE the PROBLEM ON AUGUST 17, 2021 PLAINTIFF PRESENTED the FACTS RELATING to this COMPLAINT IN 2021, But THERE WAS NO RESPONSE. PLAINTIFF SENT A DUPLICATE GRIEVANCE AND A RESPONSE OF RECEIPT WAS GIVEN OCTOBER 4, 2021. PLAINTIFF RECEIVED A letter FROM COUNSELOR, THE GRIEVANCE OFFICER, AND the ARB DENYING GRIEVANCE.

23. MR. Thomas REALLEGES AND INCORPORATE by REFERENCE PARAGRAPH 1-thru-22.

24. John DOE #1-thru-John DOE #5 FORCED PLAINTIFF to STAND AND FACE the WALL WHEN PLAINTIFF WAS NOT VIOLATING ANY PRISON RULE, AND WAS NOT ACTING DISRUPTIVELY. PLAINTIFF BECAME THE WASHROOM WHEN John DOE #1-the-John DOE #5 REFUSED to ALLOW PLAINTIFF EXCESS to the WASHROOM. DEFENDANTS John DOE #1-thru-John DOE #5 ACTION VIOLATED PLAINTIFFS RIGHTS UNDER the EIGHTH Amendment to the UNITED STATES Constitution; And CAUSED PLAINTIFF PAIN, SUFFERING, PHYSICAL INJURY And Emotional distress.

25. John DOE #1-thru-John DOE #5, USED UNNECESSARY And WANTON INFLICTION OF PAIN, MALICIOUSLY AND SADISTICALLY FOR the VERY PURPOSE OF CAUSING HARM, And DELIBERATELY INDIFFERENCE to MR. Thomas Condition, WHEN John DOE #1-Thru-John DOE #5 CONTINUED to deny PLAINTIFF ACCESS To the WASHROOM due to A MEDICAL Condition WHEN PLAINTIFF WAS NOT VIOLATING ANY PRISON RULES, NOR ACTING DISRUPTLY IN ANY WAY. John DOE #1-thru-John DOE #5 ACTIONS VIOLATED And CONTINUED to VIOLATE PLAINTIFFS Right UNDER the EIGHTH Amendment to the United States Constitution, AND IS CAUSING PLAINTIFF, PAIN, SUFFERING, PHYSICAL INJURY And Emotional distress.

26. JANE DOE #1 WAS deliberate INDIFFERENCE to PLAINTIFF SERIOUS MEDICAL Condition WHEN SHE FAILED to CALL MEDICAL STAFF And to VERIFY that PLAINTIFF MEDICAL Condition WAS SERIOUS WHICH Contributed to PLAINTIFFS BECOME the WASHROOM. THESE ACTIONS VIOLATED PLAINTIFF UNDER the EIGHTH Amendment to the United States Constitution, And CAUSED PLAINTIFF PAIN, SUFFERING, PHYSICAL INJURY And Emotional distress.

27. BY WITNESSING DEFENDANTS WILLS, LAWRENCE, REICHERT And JEFFREY OF the John DOE #1-thru-John DOE #5 ILLEGAL ACTION, FAILING to CORRECT that MISCONDUCT, And ENCOURAGING THE CONTINUATION OF the MISCONDUCT, WILLS, LAWRENCE, REICHERT And JEFFREY IS Also VIOLATING PLAINTIFFS RIGHT UNDER the EIGHTH Amendment to the UNITED STATES Constitution And CAUSED PLAINTIFF PAIN, SUFFERING, PHYSICAL INJURY And Emotional distress

(6)

28. Mr. Thomas has no plain, adequate or complete remedy at law to redress the wrong described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of defendants unless this court grants the declaratory and injunctive relief plaintiff seeks.

Wherefore, plaintiff respectfully pray that this court enter judgment.

29. Granting Mr. Thomas a declaration that the acts and ommissions described herein violated his rights under the constitution and laws of the United States and.

30. A preliminary and permanent injunction ordering defendants of the tact team, Wills, Lawrence, Reichert and Jeffreys to cease their unnecessary and wanton infliction of pain, and maliciously and sadistically acts and.

31. Granting Mr. Thomas compensatory damages in the amount of $5,000 against each defendant, jointly and severally.

32. Mr. Thomas seeks punitive damages in the amount of $5,000 against each defendant jointly and severally.

33. Mr. Thomas seeks a jury trial on the issues triable by jury.

34. Mr. Thomas seeks recovery of the cost in this suit and any additional relief this court deems just, proper and equitable.

Declaration under Federal Rule of Civil Procedure 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: July 28, 2022.

_Adrian Thomas_
Adrian Thomas N95415

(7)

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | N95415 | **Counseling Date** | 10/04/21 14:34:39:583 |
| **Offender Name** | THOMAS, ADRIAN | **Type** | Collateral |
| **Current Admit Date** | 10/06/1995 | **Method** | Grievance |
| **MSR Date** | 06/12/2052 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | W -10-16 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #31-10-21 regarding staff conduct/denied restroom use dated 8/17/2021. Forwarded to Clinical Services for Counselor's response.

**Print Date** 10/4/2021

# Exhibits

1. Declaration From - Bobby Singleton

2. Declaration From - Terell Davison

3. Declaration From - Raul tolentino

4. Counselor Summary - of Second Level Review

5. Administrative Review Board Response

6. Terell Davison - Grievance and Grievance Officer Response

7. Letter / Response From UPLC

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

Date Received: 08/27/2021        Date of Review: 10/05/2021        Grievance # (optional): 236-8-21

Offender: Davison, Terell                                          ID#: R70904

**Nature of Grievance:**

Staff Conduct

**Facts Reviewed:**

GRIEVANCE DATED: 8/26/21  On August 17th, 2021 he was shook down in the chapel and while being peaceful a tact officer instructed me to get up and came with him because he was talking. Offender stated to tact officer he was not talking.  Offender was taken to seg behind a steel door where the walls are leaking and mold is everywhere with no fan or bed coverings, food slot was kept closed, constant migraines, dizziness, stomaches and mental deterioration.

RELIEF REQUESTED:  To be released from seg, the name of the tactical officer that took me to seg and to have him appropriately punished, to be compensated for my pain an suffering.

COUNSELORS RESPONSE:  8/30/21 Per 0360 you are under temporary confinement and planned end date is 8/31/21.  Temp confinement may last up to 14 days.  There will be no compensation for pain and suffering.

GREIVANCE OFFICE REVIEWED:  10/5/21  Issue appropriately addressed by counselor.
Grievance Office cannot award monetary compensation.
Grievance was sent to Mental health and HCU for review.
The offender is reminded that offender request forms can be provided of a crisis team member can be called for immediate need.

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be DENIED

Yvette Baker   - Menard Correctional Center
Print Grievance Officer's Name                                          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| RECEIVED | Chief Administrative Officer's Response | | |
|---|---|---|---|

Date Received: OCT 0 6 2021        ☑ I concur        ☐ I do not concur        ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature                                          10/6/21
                                                                                Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature                          ID#                          Date

<u>DECLARATION</u>

I Bobby Singleton *R05424 hereby
declare:

ON August 17, 2021 the tact team
entered the west cellhouse at
around 9:20 A.M to shakedown.

All Individuals In custody was
escorted/Taken to the menard
chapel with their hands cuffed
behind their backs while we sat in
the chapel for Hour's.

During these hour's AN Individual
In custody Kept Asking to use the
bathroom, he kept saying he had
a bad health problem. That
Individual is now known to me as
Adrian Thomas *N95415... The
tact team refused to let the
guy use the washroom. Adrian
Kept asking and the tact team
officer made him stand Up And
Face the wall due to him Keep
Asking to use the restroom.
While he was on the wall I

myself asked to go to the washroom, In return i was also told to stand on the wall. While on the wall i saw Adrian had a puddle and fly's flying around him. I'm sure he peed himself, i did not know he had relieved his bowl's on himself. The tact team then told us to sit down because we were about to leave all the while the tact team were laughing and joking calling adrian shitty and pissy.

We then were escorted back to our cells.

I declare under Penalty of Perjury that the foregoing is true and correct. Executed at Randolph Illinois on August 17, 2021.

Signature,
Bitty Singleton #R05424

DECLARATION

TERELL DAVISON HEREBY DECLARE:

ON AUGUST 17, 2021 the tact team entered The WEST Cellhouse to shakedown. UPON ENTERING WEST HOUSE All PlumbING WAS Cut OFF And EVERYbody WAS ESCORTED to the ChAPEl AROUND 9:20 A.M.

Individuals IN CUStody WERE SEATED ShoulDER To Shoulder WITH THEIR hands CUFFED behind THEIR bACKS FoR hours. I SAW And HEARD MR. THomAS ASK the Tact teAM OFFICERS to USE the WAshRoom bECAUSE he WAS ON MEDICATION. The TAct TEAM OFFICERS REFuSED To let MR. THomAS USE The AVAILABLE WASH-Room IN The ChAPEl. MR. Thomas bEGGED And PleadED with the tact teAM OFFICERS to USE the WAShRoom.

AFtER ASKING So MANY times the OFFICERS.l MADE MR. Thomas StANd UP And FACE THE WAll. THIS WENT ON FoR SEVERAl hours UNtil MR. Thomas UriNAtED And dEFECATED ON his SElF. THEN The tACt teAM OFFICERS WAS lAUGhING At MR. Thomas And SAId. "You REAlly hAd to USE the WAShRoom And StARtED CAllING MR. Thomas ShITTY AND PISSY boy." I SAId to the tAct TEAM OFFICERS THAt It WASNt FUNNY, bECAUSE MR. ThomAS ASK You All SEVERAl TIMES to USE the WASHRoom And EVERybody REFUSED. Thats WhEN the tACt teAm CAME to ME And SAId "SINCE You WANt to tAKE UP FoR Shitty And PISSY boY, You ARE GOING to SEGREGATION." And I WAS ESCORtED to NoRth 2.

I dEClARE UNdER PENAlTY OF PERJURY thAt The FoREGOING IS trUE And CORREct. EXCUtED At RANdolPh IllINOIS ON AUGUST 17, 2021.

SIGNATURE
TERELL DAVISON

Declaration.

I Raul tolentino, Y29472 hereby declare:
that on August 17. 2021 the tact team entered
the west Cellhouse at around 9:20am to Shakedown.
All Individuals in Custody was escorted to the Menard
chapel with their hands Cuffed behind our back
we sat in the chapel for hours, during
these hours my Cellmate Adrian thomas
Requested to use the Available bathroom in the
chapel. the tact team denied my Cellmate the
bathroom and made him stand up and face the
wall for requesting the bathroom... a few Seconds
Inter my Cellmate urinated and defecated on
himself... the tact team laughed at him and
then toldhim to sit back down in his urine
and feces. He had to sit in hison own faces
and urine for hours. After we were escorted
back the Cellhouse my Cellie still had to wait
Until the water was turned back on to clean
himself and his Clothing

In declare under penalty of perjury that
the foregoing. is true and Correct. Excuted at
Randolph Illinois on August 17. 2021.
Signature: Raul tolentino

# State of Illinois - Department of Corrections

## Counseling Summary

|  |  |  |  |
|---|---|---|---|
| **IDOC #** | N95415 | **Counseling Date** | 10/13/21 09:53:22:147 |
| **Offender Name** | THOMAS, ADRIAN | **Type** | Collateral |
| **Current Admit Date** | 10/06/1995 | **Method** | Grievance |
| **MSR Date** | 06/12/2052 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | W -10-16 | **Staff** | HARGIS, ALLISON P., Office Associate |

Grievance Office received grievance #31-10-21 (2nd Level Review) regarding staff conduct/denied restroom use, dated 8/17/2021.

**Print Date** 10/13/2021



J.B. Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:    Thomas, Adrian _____    1/14/22 _____
                                                                                                                Date

ID# :    N95415 _____

Facility:    Menard _____

This is in response to your grievance received on __11/2/21_____. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 8/17/21 _____    Grievance Number: 31-10-21 _____    Griev Loc: Menard _____

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job. cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

■ Other    Staff conduct; 8/17/21 alleges he was denied using the restroom during a tactical shakedown resulting in him going on himself

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied, in accordance with DR504F, this is an administrative decision.

■ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

■ Other:  Per Tactical Commander reported response, staff upheld professionalism during such search and Individuals in Custody were given opportunities to utilize the restroom on a rotational basis. This office is unable to substantiate staff misconduct claim.

FOR THE BOARD: _____
Adewale Kuforiji
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC:  Warden, Menard _____ Correctional Center
      Thomas, Adrian _____, ID# N95415 _____

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

RECEIVED

AUG 2 7 2021

Assigned Grievance #/Institution _____     Housing Unit: N2-220  Bed # 1

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: 8/26/21 | Offender (please print): Terell E. Davison | ID #: R-70904 | Race (optional): Black |
|---|---|---|---|
| Present Facility: Menard | | Facility where grievance issue occurred: Menard | |

236-8-21 MEN

RECEIVED

SEP 20 2021

MENARD CC GRIEVANCE OFFICE

**Nature of grievance:**

☐ Personal Property     ☐ Mail Handling     ☐ Medical Treatment     ☐ ADA Disability Accommodation
☒ Staff Conduct         ☐ Dietary           ☐ HIPAA                 ☐ Restoration of Good Time Credit
☐ Transfer Denial by Facility   ☐ Other (specify):
☐ Disciplinary Report

Date of report _____     Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

> Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
> Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
> Chief Administrative Officer, only if EMERGENCY grievance
> Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On August 17, 2021 while in the chapel during a tactical team shakedown. While in my seat being peaceful a tact officer instructed me to get up and came with him. When I asked why he said "because you were talking." I said "no I wasn't." He asked me "Then who was it?" I told him I didn't know. He said "well since you won't tell me, you going to seg. Maybe your buddies will get the message to shut up now." I was then put in na-230 cell behind a steel door where the walls

☐ Continued on reverse

**Relief Requested:**
- To be released from segregation
- The name of the tactical officer that took me to seg, and to have him appropriately punished
- To be compensated for my pain and suffering

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

Terell E. Davison       R-70904           8/26/21
Offender's Signature       ID#                Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received 8/30/21   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Per 0300 you are under temporary confinement and planned end date is 8/31/2021. This confinement may last up to 14 days. There will be no compensation for pain and suffering.

_____          _____          8/30/21
Print Counselor's Name     Sign Counselor's Name       Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:   Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____          Chief Administrative Officer's Signature          Date
Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. 01/2020)

4D - Investigation/ Temp Confinement, living conditions

Assigned Grievance #/Institution _____          Housing Unit. _____   Bed #: _____

1st Lvl rec: _____
**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**
2nd Lvl rec: _____

are leaking and mold is everywhere. My first two days here I had no fan or bed coverings. I slept on the floor, gasping for fresh air through the perforated portions of the steel door.

On or around August 20th and 22th for no reason at all, my food slot in the door was kept closed on 8-11 shift. I've been experiencing constant migraines, dizziness, stomaches and mental deterioration from these conditions.

What has caused me the most mental disturbance is the fact that I'm not only back here for nothing, I havent even received a disciplinary report. As of today, I've been in segregation for 9 days. Per Administrative Directive Section 504.30 (E) " In no event shall a disciplinary report be served upon an offender more than eight calendar days after the commission of an offense or discovery of an offense."

This is a clear violation of my 14th amendment (Due Process) and 8th amendment (cruel and unusual punishment)

Distribution: Master File; Offender          Page 2 of 2          DOC 0046 (Rev. 01/2020)

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | N95415 | **Counseling Date** | 07/07/22 09:03:00:703 |
| **Offender Name** | THOMAS, ADRIAN | **Type** | Collateral |
| **Current Admit Date** | 10/06/1995 | **Method** | Grievance |
| **MSR Date** | 06/12/2052 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | W -10-16 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Emergency grievance #322-6-22 dated 6/24/2022 regarding medical treatment/prostate has been deemed emergency by CAO for expedited grievance review.

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | N95415 | **Counseling Date** | 06/30/22 09:56:28:637 |
| **Offender Name** | THOMAS, ADRIAN | **Type** | Collateral |
| **Current Admit Date** | 10/06/1995 | **Method** | Grievance |
| **MSR Date** | 06/12/2052 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | W -10-16 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #322-6-22 marked emergency by the individual in custody regarding medical treatment/prostate, dated 6/24/2022.

**Print Date  6/30/2022**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Thomas _____        N95415
**Name**                                  **ID Number**

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?        (Yes) or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254.

2. Is this an Amended Complaint or an Amended Habeas Petition?        (Yes) or No

   If yes, please list case number:   22-1105-NJR

   If yes, but you do not know the case number mark here:   _____

3. Should this document be filed in a pending case?        Yes or (No)

   If yes, please list case number:   _____

   If yes, but you do not know the case number mark here:   _____

4. Please list the total number of pages being transmitted:        20

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   Name of Document                              Number of Pages
   Amended Complaint                             20

   _____                          _____

   _____                          _____

   _____                          _____

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.